UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NO. 3:07-CR-44 |
| v. ) | |
| ) | Judges Phillips/Shirley |
| LUIS ERASMO ROSALES RAMIREZ, ) | |
| ALFRED ALLEN ARREOLA, ) | |
| LUKE A. MCLAUGHLIN, ) | |
| MATTHEW DAVID SUGAMELI, ) | |
| DANIEL RAMSEY, ) | |
| DEBORAH NOMMENSON, ) | |
| DARRELL WAYNE LUCK, and ) | |
| SCOTT EDWARD WILLYARD, ) | |
| also known as ROCKY ) | |

## PROTECTIVE ORDER

This matter having come before the Court upon the Motion of the United States of America for the entry of a protective order pursuant to Title 21, United States Code, Section 853(e)(1)(A), as incorporated by Title 18, United States Code, Section 982(b), and it appearing to the satisfaction of this Court:

1. That on July 18, 2007, a federal grand jury of this District returned a two-count Superseding Indictment charging the above-named defendants with violations of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 1956(h), and alleging that the property named in this Order

would, in the event of conviction, be subject to forfeiture pursuant to Title 21, United States Code, Section 853 and Title 18, United States Code, Section 982.

2. That the United States has moved, ex parte, for a Protective Order pursuant to Title 21, United States Code, Section 853(e)(1)(A), as incorporated by Title 18, United States Code, Section 982(b), so as to preserve the status quo and prevent the defendant, DARRELL WAYNE LUCK, from alienating, encumbering, or wasting said forfeitable properties; and

3. That based upon the Superseding Indictment and the Supporting Motion submitted by the United States, cause has been shown for the entry of a protective order to preserve the properties named in Attachment A to this Order.

It is, therefore, the ORDER of this Court that this Protective Order issue as to the properties described in Attachment A hereto, incorporated herein by this reference, to wit:

The defendant, DARRELL WAYNE LUCK, his agents, servants, employees, attorneys, family members, those persons having any interest or control over the property described in Attachment A or any corporate entity claiming an ownership interest in the property described in Attachment A, and those in active concert or participation with these defendants, shall not, without approval of this Court upon notice to the United States and an opportunity for the United States to be heard:

    a) alienate, dissipate, transfer, sell, assign, lease, pledge, encumber, or dispose of, in any manner, directly or indirectly;

    b) cause to be alienated, dissipated, transferred, sold, assigned, leased, pledged, encumbered, or disposed of in any manner; or

c) take, or cause to be taken, any action which could have the effect of concealing or moving from the jurisdiction of this Court, or that would have the effect of depreciating, damaging or in any way diminishing the value of any property named in Attachment A to this Order.

It is further ORDERED that if any of the property described in Attachment A has been or is transferred or disposed of by any means, the defendant, DARRELL WAYNE LUCK, shall account to the Court for the disposition of the property.

It is further ORDERED that defendant, DARRELL WAYNE LUCK shall be served with a copy of this Order.

It is further ORDERED that the Clerk of this Court provide the United States Attorney's Office with a certified copy of this Order to record in the county records where the identified real property is located as soon as practical.

This order shall remain in effect until further Order of the Court or until the Court modifies the Order as appears necessary in the interest of justice and consistent with the purposes of Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b).

ENTER:

*Thomas W. Phillips*
THOMAS W. PHILLIPS
UNITED STATES DISTRICT JUDGE

Submitted for Entry:

JAMES R. DEDRICK
United States Attorney

By: _____
HUGH B. WARD, JR.
Assistant United States Attorney

Protective Order (Jackson County Property)
*United States v. Luis Erasmo Rosales Ramirez, et al.*; Case No. 3:07-CR-44 (Phillips/Shirley)
Page 3 of 4

ATTACHMENT "A"

Real property located at 6100 Liberty Church Road, Cookeville, Tennessee in District Ten (10) of Jackson County, Tennessee, and being more particularly described as follows:

Tract 2: Beginning at a wood fence post in the south right of way of Liberty Church Road being the northwest corner of tract 2 and the northeast corner of Tract 3; thence leaving the right of way of the road on a new line S 29 degrees 57' 38" West - 181.81 feet to a cedar tree; thence S 61 degrees 42' 40" W - 373.78 feet to a steel fence post; thence S 3 degrees 18' 16" W - 225.14 feet to a steel fence post in Robert Meadows boundary fence line; thence with the fence line N 79 degrees 54' 02" W - 401.29 feet to the centerline of the west fork of Blackburns Fork Creek, passing a 1" steel pipe on the bank of the creek at 361.29 feet; thence with the center of the creek N 3 degrees 49' 13" W - 117.30 feet to a point; thence N 13 degrees 28' 50" W - 133.00 feet to a point; thence N 31 degrees 06' 40" W - 145 feet to a point; thence leaving the creek N 49 degrees 25' 56" E - 108.85 feet and passing a steel fence post on the bank of the creek at 40.00 feet to a walnut tree in the sought right of way of Gilmer Montgomery Road; thence with the south right of way of the road N 68 degrees 07' 30" E - 77.23 feet to a wood fence post; thence S 78 degrees 13' 53" E - 52.59 feet to a walnut tree; thence N 81 degrees 06' 07" E - 64.04 feet to a wood fence post; thence leaving the right of way with the fence line and George Simpson boundary line N 75 degrees 19' 31" E - 178.67 feet to a oak tree at the top of the bluff; thence with the fence and the Liberty Church of Christ boundary line N 63 degrees 41' 48" E - 237.62 feet to a wood fence post in the south right of way of Liberty Church Road; thence with the right of way of the road S 53 degrees 31' 38" E - 88.05 feet to a wood fence post; thence S 69 degrees 51' 02" E - 229.08 feet to the point of beginning and containing 7.99 acres, more or less, as surveyed by Larry S. Click, RLS number 1253, on June 15, 1999.

Recorded in Warranty Deed registered in Record Book 44, Page 1031, in the Register of Deeds Office for Jackson County, Tennessee, titled to Darrell Luck and wife, Lisa Luck.