UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) NO. 3:07-CR-44 |
| v. | ) |
| | ) Judges Phillips/Shirley |
| LUIS ERASMO ROSALES RAMIREZ, | ) |
| ALFRED ALLEN ARREOLA, | ) |
| LUKE A. MCLAUGHLIN, | ) |
| MATTHEW DAVID SUGAMELI, | ) |
| DANIEL RAMSEY, | ) |
| DEBORAH NOMMENSON, | ) |
| DARRELL WAYNE LUCK, and | ) |
| SCOTT EDWARD WILLYARD, | ) |
| also known as ROCKY | ) |

## ORDER RELEASING PROTECTIVE ORDER
### (2235 E. Highland Drive, Tucson, Arizona)

Upon motion of the United States, and for good cause shown, the Protective Order previously filed in this case on April 27, 2007, and recorded as Docket Number 13056, Sequence Number 20070950001 in the Recorder's Office for Pima County, Arizona on May 16, 2007, as to the following real property is hereby released and discharged:

> Real property located at 2235 E. Highland Drive, Tucson, Arizona and more particularly described as follows:
>
> Lot 113 of Summerfield Subdivision according to the Map recorded in Book 27 of Maps, Page 83, records of Pima County, Arizona.
>
> Recorded in Docket number 12629, page 10529 on August 31, 2005, in the Recorder's Office for Pima County Arizona, belonging to Julia Francine S. Fuentes.

It is further ORDERED that the Clerk of this Court deliver a certified copy of this Release of Protective Order to the United States Attorney's Office for filing in the Register of Deeds Office for Pima County, Arizona.

ENTER:

_____
THOMAS W. PHILLIPS
UNITED STATES DISTRICT JUDGE

Submitted for Entry:

JAMES R. DEDRICK
United States Attorney


By: s/ Hugh B. Ward, Jr.
HUGH B. WARD, JR.
Assistant United States Attorney