10/15

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LUIS ERASMO ROSALES RAMIREZ,<br>ALFRED ALLEN ARREOLA,<br>LUKE A MCLAUGHLIN,<br>MATTHEW DAVID SUGAMELI,<br>DANIEL RAMSEY,<br>DEBORAH NOMMENSON,<br>DARRELL WAYNE LUCK, and<br>SCOTT EDWARD WILLYARD,<br>  also known as ROCKY,<br><br>    Defendants. | NO. 3:07-CR-44<br>Judges Phillips/Shirley |

## ORDER TO DISMISS
### (2235 E. Highland Drive, Tucson, Arizona)

Upon the Government's Motion to Dismiss the following real property from the forfeiture allegations contained in the Indictment [R.3] and Superseding Indictment [R.63] in the above-styled case:

> Real property located at 2235 E. Highland Drive, Tucson, Arizona and more particularly described as follows:
>
> Lot 113 of Summerfield Subdivision according to the Map recorded in Book 27 of Maps, Page 83, records of Pima County, Arizona.
>
> Recorded in Docket number 12629, page 10529 on August 31, 2005, in the Recorder's Office for Pima County Arizona, belonging to Julia Francine S. Fuentes.

It is hereby ORDERED that the real property located at 2235 E. Highland Drive, Tucson, Arizona be dismissed from the Indictment and Superseding Indictment.

ENTER:

_____
THOMAS W. PHILLIPS
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

JAMES R. DEDRICK
United States Attorney


s/ Hugh B. Ward, Jr.
HUGH B. WARD, JR.
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, Tennessee 37902
865-545-4167