

2007 OCT 17 ₽ 12: 04

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO. 3:07-CR-44 |
| v. ) | |
| ) | JUDGES PHILLIPS/SHIRLEY |
| LUIS ERASMO ROSALES RAMIREZ, ) | |
| ALFRED ALLEN ARREOLA, ) | |
| LUKE A. MCLAUGHLIN, ) | |
| MATTHEW DAVID SUGAMELI, ) | |
| DANIEL RAMSEY, ) | |
| DEBORAH NOMMENSON, ) | |
| DARRELL WAYNE LUCK, ) | |
| SCOTT EDWARD WILLYARD, ) | |
|   also known as ROCKY ) | |
| MICHELLE CHAVEZ, ) | |
| MARTINA REYNA GARCIA and ) | |
| JOSEFINA ALVAREZ VALENZUELA ) | |

## ORDER

Upon motion of the United States, it is hereby ORDERED that the Second Superseding Indictment in the above-styled case, along with the Motion to Seal and this Order, be sealed by the Clerk until all of the defendants are in custody or have been released pending trial, at which time the Second Superseding Indictment, Motion to Seal, and this Order shall be unsealed pursuant to this Order absent a further order by the Court.

It is further ORDERED that the United States Attorney be provided a stamp-filed copy of the Second Superseding Indictment, the Motion to Seal, and this Order prior to sealing.

ENTER:

J. Bruce Joyton

UNITED STATES MAGISTRATE JUDGE