IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | No. 3:07-CR-44 |
| V. ) | (PHILLIPS/SHIRLEY) |
| ) | |
| ALFRED ALLEN ARREOLA, ) | |
| LUKE A. MCLAUGHLIN, ) | |
| MATTHEW DAVID SUGAMELI, ) | |
| SCOTT EDWATD WILLYARD ) | |
| ) | |
| Defendants. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

A report and recommendation has been forwarded to the undersigned recommending that this case be certified as complex. Counsel for Defendants were appointed pursuant to the Criminal Justice Act (18 U.S.C. § 3006A) and have filed an oral motion requesting that this case be declared complex and extended for purposes of court-appointed attorney's fees.

The report and recommendation points out that Defendants have been charged with one count of distributing, and possessing with the intent to distribute, in excess of 1,000 kilograms of marijuana and one count of money laundering. Furthermore, the activity charged in the indictment is alleged to have begun in 1995 and continued through July 2006. Also, the attorneys in this case have had to conduct investigations in other states as most of the Defendants are residents of Arizona, not the Eastern District of Tennessee. Moreover, there have been over thirty five motions filed by defendants, including four suppression motions. Further, this case allegedly grows

out of another recent complex conspiracy in this District. In light of the number of Defendants involved, the number of motions filed, hearings held and to be held and rulings to be made as well as the geographic range and distance of the alleged events, and the eleven year time span of the alleged conspiracy, it is the conclusion of the report and recommendation that this case meets the definitions of "complex" and "extended" and that excess payments may be necessary to provide fair compensation to counsel.

The Court agrees with the report and recommendation and hereby **ADOPTS** the same. This order adopting the report and recommendation, along with a copy of the report and recommendation approved by the undersigned, shall be forwarded to the United States Court of Appeals for the Sixth Circuit.

**IT IS SO ORDERED.**

ENTER:

_____
THOMAS W. PHILLIPS
UNITED STATES DISTRICT JUDGE

2