UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LUIS ERASMO ROSALES RAMIREZ,<br>ALFRED ALLEN ARREOLA,<br>LUKE A MCLAUGHLIN,<br>MATTHEW DAVID SUGAMELI,<br>DANIEL RAMSEY,<br>DEBORAH NOMMENSON,<br>DARRELL WAYNE LUCK, and<br>SCOTT EDWARD WILLYARD,<br>  also known as ROCKY,<br>MICHELLE CHAVEZ,<br>MARTINA REYNA GARCIA, and<br>JOSEFINA ALVAREZ VALENZUELA.<br><br>    Defendants. | NO. 3:07-CR-44<br>Judges Phillips/Shirley |

## ORDER TO DISMISS
### (5331 W. Fireopal Way, Tucson, Arizona)

Upon the Government's Motion to Dismiss the following real property from the forfeiture allegations contained in the Indictment [R.3], Superseding Indictment [R.63] and Second Superseding Indictment [R.172] in the above-styled case:

> Real property located at 5331 W. Fireopal Way, Tucson, Arizona and more particularly described as follows:
>
> Lot 331 of Countryside Terrace, a subdivision of Pima County, Arizona, as shown by map recorded in Book 37 of Maps and Plats at Page 53, Pima County, Arizona.
>
> Except all coal and other minerals reserved in the Patent from the United States of America
>
> Recorded in Docket number 12581, page 4181 on July 24, 2005, in the Recorder's Office for Pima County Arizona, belonging to Claudia Campbell.

It is hereby ORDERED that the real property located at 5331 W. Fireopal Way, Tucson, Arizona be dismissed from the Indictment, and Superseding Indictments.

ENTER:

_____
THOMAS W. PHILLIPS
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

JAMES R. DEDRICK
United States Attorney

s/ Hugh B. Ward, Jr.
HUGH B. WARD, JR.
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, Tennessee 37902
865-545-4167