UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:07-CR-44 |
| ) | Judges Phillips/Shirley |
| LUIS ERASMO ROSALES RAMIREZ, ) | |
| ALFRED ALLEN ARREOLA, ) | |
| LUKE A MCLAUGHLIN, ) | |
| MATTHEW DAVID SUGAMELI, ) | |
| DANIEL RAMSEY, ) | |
| DEBORAH NOMMENSON, ) | |
| DARRELL WAYNE LUCK, and ) | |
| SCOTT EDWARD WILLYARD, ) | |
| also known as ROCKY, ) | |
| MICHELLE CHAVEZ, ) | |
| MARTINA REYNA GARCIA, and ) | |
| JOSEFINA ALVAREZ VALENZUELA. ) | |
| ) | |
| Defendants. ) | |

## ORDER RELEASING PROTECTIVE ORDER
### (5331 W. Fireopal Way, Tucson, Arizona)

Upon motion of the United States, and for good cause shown, the Protective Order previously filed in this case on April 27, 2007, and recorded as Docket Number 13056, Sequence Number 20070950001 in the Recorder's Office for Pima County, Arizona on May 16, 2007, as to the following real property is hereby released and discharged:

> Real property located at 5331 W. Fireopal Way, Tucson, Arizona and more particularly described as follows:
>
> Lot 331 of Countryside Terrace, a subdivision of Pima County, Arizona, as shown by map recorded in Book 37 of Maps and Plats at Page 53, Pima County, Arizona.

Except all coal and other minerals reserved in the Patent from the United States of America

Recorded in Docket number 12581, page 4181 on July 24, 2005, in the Recorder's Office for Pima County Arizona, belonging to Claudia Campbell.

It is further ORDERED that the Clerk of this Court deliver a certified copy of this Release of Protective Order to the United States Attorney's Office for filing in the Register of Deeds Office for Pima County, Arizona.

ENTER:

*Thomas W. Phillips*
THOMAS W. PHILLIPS
UNITED STATES DISTRICT JUDGE

Submitted for Entry:

JAMES R. DEDRICK
United States Attorney

By: s/ Hugh B. Ward, Jr.
HUGH B. WARD, JR.
Assistant United States Attorney