2115

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LUIS ERASMO ROSALES RAMIREZ, ) <br> ALFRED ALLEN ARREOLA, ) <br> LUKE A MCLAUGHLIN, ) <br> MATTHEW DAVID SUGAMELI, ) <br> DANIEL RAMSEY, ) <br> DEBORAH NOMMENSON, ) <br> DARRELL WAYNE LUCK, and ) <br> SCOTT EDWARD WILLYARD, ) <br>   also known as ROCKY, ) <br> MICHELLE CHAVEZ, ) <br> MARTINA REYNA GARCIA, and ) <br> JOSEFINA ALVAREZ VALENZUELA. ) <br> ) <br> Defendants. ) | NO. 3:07-CR-44 <br> Judges Phillips/Shirley |

## ORDER RELEASING PROTECTIVE ORDER
### (4955 S. Fremont Avenue, Tucson, Arizona)

Upon motion of the United States, and for good cause shown, the Protective Order previously filed in this case on April 27, 2007, and recorded as Docket Number 13056, Sequence Number 20070950001 in the Recorder's Office for Pima County, Arizona on May 16, 2007, as to the following real property is hereby released and discharged:

>Real property located at 4955 S. Fremont Avenue, Tucson, Arizona and more particularly described as follows:

>Lot 30, Block 3, Irvington Park, according to the plat recorded in Book 9 of Maps and Plats, page 98, records of Pima County, Arizona

Recorded in Docket number 11628, page 268 on September 6, 2001, in the Recorder's Office for Pima County Arizona, belonging to Francisco J. Garcia and Martina R. Garcia.

It is further ORDERED that the Clerk of this Court deliver a certified copy of this Release of Protective Order to the United States Attorney's Office for filing in the Register of Deeds Office for Pima County, Arizona.

ENTER:

*Thomas W. Phillips*
THOMAS W. PHILLIPS
UNITED STATES DISTRICT JUDGE

Submitted for Entry:

JAMES R. DEDRICK
United States Attorney

By: s/ Hugh B. Ward, Jr.
HUGH B. WARD, JR.
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, Tennessee 37902
865-545-4167