UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LUIS ERASMO ROSALES RAMIREZ, )<br>ALFRED ALLEN ARREOLA, )<br>LUKE A MCLAUGHLIN, )<br>MATTHEW DAVID SUGAMELI, )<br>DANIEL RAMSEY, )<br>DEBORAH NOMMENSON, )<br>DARRELL WAYNE LUCK, and )<br>SCOTT EDWARD WILLYARD, )<br>  also known as ROCKY, )<br>MICHELLE CHAVEZ, )<br>MARTINA REYNA GARCIA, and )<br>JOSEFINA ALVAREZ VALENZUELA. )<br>)<br>Defendants. ) | NO. 3:07-CR-44<br>Judges Phillips/Shirley |

## ORDER TO DISMISS
### (4955 S. Fremont Avenue, Tucson, Arizona)

Upon the Government's Motion to Dismiss the following real property from the forfeiture allegations contained in the Indictment [R.3], Superseding Indictment [R.63] and Second Superseding Indictment [R.172] in the above-styled case:

> Real property located at 4955 S. Fremont Avenue, Tucson, Arizona and more particularly described as follows:
>
> Lot 30, Block 3, Irvington Park, according to the plat recorded in Book 9 of Maps and Plats, page 98, records of Pima County, Arizona.
>
> Recorded in Docket number 11628, page 268 on September 6, 2001, in the Recorder's Office for Pima County Arizona, belonging to Francisco J. Garcia and Martina R. Garcia.

It is hereby ORDERED that the real property located at 4955 S. Fremont Avenue, Tucson, Arizona be dismissed from the Indictment, and Superseding Indictments.

ENTER:

*Thomas W. Phillips*

THOMAS W. PHILLIPS
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

JAMES R. DEDRICK
United States Attorney

By: s/ Hugh B. Ward, Jr.
     HUGH B. WARD, JR.
     Assistant United States Attorney
     800 Market Street, Suite 211
     Knoxville, Tennessee 37902
     865-545-4167